FILED'11 APR 04 14:21 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NANCY A. COLAGIOVANNI,                                      Civil No. 10-6048-HA

       Plaintiff,                                                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

HAGGERTY, District Judge:

    Plaintiff was the prevailing party in this action and her counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Based on the stipulation by the parties, the court grants the Settlement and Stipulated Motion [25]. The Commissioner shall pay plaintiff's attorney the sum of $4,972.42 upon verification that plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to *Astrue v. Ratliff,* ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010), for full settlement of all claims for fees under EAJA.

1- ORDER

If plaintiff has no such federal debt, payment of $4,972.42 shall be made to plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If plaintiff has such debt, the check for any remaining funds after offset shall be made out to plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED.

DATED this 4 day of April, 2011.

Ancer L. Haggerty
United States District Judge

2- ORDER